IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WM CAPITAL PARTNERS XXXIV, LLC,

    *Plaintiff*,

  v.

LESLIE C. BARTHOLOMEW, et al.,

    *Defendants*.

CIVIL ACTION
NO. 15-06225

## ORDER

**AND NOW**, this 12th day of January, 2017, upon consideration of Plaintiff WM's motion for default judgment against Defendants Ruble and Benner (ECF No. 15), it is hereby **ORDERED** that:

1. Plaintiff's motion (ECF No. 15) is **GRANTED**;

2. Judgment is **ENTERED** against John T. Ruble and Richard C. Benner and in favor of WM Capital Partners XXXIV, LLC for a total of $820,479.58, comprised of $791,480.86 in damages, $24,863.50 in attorneys' fees and $4,135.22 in costs and expenses;

3. Plaintiff's motion for default judgment (ECF No. 9) is **DENIED** as moot.[11]

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[11] Plaintiff filed this motion on August 5, 2016. (ECF No. 9.) On October 18, 2016 Plaintiff filed another motion for default judgment that was similar in substance but contained more specific claims for damages, attorneys' fees and costs, (ECF No. 15), obviating the need for the Court to rule on the first motion.